BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 3721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS VARGAS, et al.,<br><br>　　　　　　　　Defendant. | CASE NO. 1:88-CR-00059 AWI<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANTS JOSE LUIS VARGAS AND LAKHWINDER SINGH GHORTA** |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendants **JOSE LUIS VARGAS and LAKHWINDER SINGH GHORTA** is hereby DISMISSED and any outstanding arrest warrants are recalled.

IT IS SO ORDERED.

Dated:  August 20, 2013　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1